**DISMISS and Opinion Filed January 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01074-CV**

**HASANAIN NADHIM ABBAS RABEEAH, Appellant**
**V.**
**AHMAD REZA HEDAYAT, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-02437-2022**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Breedlove
Opinion by Justice Molberg

The filing fee and clerk's record in this case have not been filed. By postcard October 12, 2022, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By letter dated December 2, 2022, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification (1) he had either paid for or made arrangements to pay for the clerk's record, or (2) he was entitled to proceed without payment of costs.

We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Ken Molberg/
KEN MOLBERG
JUSTICE

221074F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

HASANAIN NADHIM ABBAS
RABEEAH, Appellant

No. 05-22-01074-CV      V.

AHMAD REZA HEDAYAT,
Appellee

On Appeal from the County Court at
Law No. 1, Collin County, Texas
Trial Court Cause No. 001-02437-
2022.
Opinion delivered by Justice
Molberg. Justices Reichek and
Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered January 26, 2023

–3–